**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHEIKH DIATTA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cr-20428-TLP |

**VERDICT**

We, the jury, on the charge in the indictment for our verdict say:

1. We find the defendant, CHEIKH DIATTA, as to Count One:

_______ OR ___X___

**GUILTY** **NOT GUILTY**

04/15/2026 Kayla Brown
DATE PRESIDING JUROR

FILED IN OPEN COURT
DATE: 4/15/2026
TIME: 4:08 PM
INITIALS: [illegible]